# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CHASE HOME FINANCE LLC,**

Plaintiff-Appellee,

**v.**                                                    **No. 29,194**

**RICO S. GIRON a/k/a RICARDO S. GIRON,**

Defendant-Appellant,

**and**

**DEPARTMENT OF THE TREASURY — INTERNAL REVENUE SERVICE, TAXATION AND REVENUE DEPARTMENT OF THE STATE OF NEW MEXICO, and RW VENTURES, INC.,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Donald C. Schutte, District Judge**

Sheehan, Sheehan & Stelzner, P.A.
Juan L. Flores
Albuquerque, NM

for Appellee

Ricardo S. Giron
Las Vegas, NM

Pro Se Appellant

# MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Judge**

_____

**TIMOTHY L. GARCIA, Judge**